AHC
5/15/18

FILED

2018 MAY 15  AM 11: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____TK_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Isabel Aurora CORONADO,<br><br>　　　　　Defendant. | Case No.:  '18MJ8748<br><br>COMPLAINT FOR VIOLATION OF:<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about May 14, 2018, within the Southern District of California, defendant, Isabel Aurora CORONADO, did knowingly and intentionally import 500 grams and more, to wit: approximately 9.74 kilograms (21.42 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Derrick Debraux, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th, DAY OF May 2018.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Isabel Aurora CORONADO

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Homeland Security Investigations Special Agent Derrick Debraux.

On May 14, 2018 at approximately 1236 hours, Isabel Aurora CORONADO (CORONADO), a citizen of the United States, entered the United States at the Andrade Port of Entry Vehicle lanes as the driver and sole occupant of a 1989 Jeep Cherokee.

The primary inspector Customs and Border Protection Officer (CBPO) D. Hill took a negative oral customs declaration from CORONADO. CBPO D. Hill was advised by a Canine Enforcement Officer (CEO) who was conducting preprimary investigations with his narcotics/human detection dog of an alert to the vehicle driven by CORONADO. CBPO Hill inquired as to the purpose of her trip to which CORONADO stated that she was en-route to do Yuma, Arizona to look for a job. CBPO Hill opted to refer CORONADO to secondary for a more in depth inspection.

Once in secondary CBPO R. Martinez conducted an inspection of the vehicle. CBPO R. Martinez conducted a seven point inspection of the vehicle, and noticed several packages concealed in the fuel tank of the vehicle.

A total of six (6) packages were discovered concealed within the fuel tank.

CBPO R. Martinez probed one package which revealed a white crystal-like substance that field-tested positive for the presence of Methamphetamine. The total combined weight was approximately 9.74 kilograms (21.42 pounds) of Methamphetamine.

CORONADO was placed under arrest and advised of her Rights per Miranda in the English language, by Homeland Security Investigations Special Agent Derrick Debraux, and witnessed by Special Agent Justin Buscaglia. CORONADO acknowledged and waived her rights, agreeing to answer questions without the presence of an attorney.

CORONADO stated that she was aware she was crossing narcotics concealed in the vehicle, although she was unaware of the location of the narcotics.

CORONADO stated she was to be paid $5,000 USD for his involvement in smuggling narcotics to Los Angeles, California.